UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM J. MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MEREDITH CORPORATION, MEREDITH HOLDINGS CORPORATION, IAC/INTERACTIVECORP, DOTDASH MEDIA, INC. and DOTDASH MEREDITH, INC.,<br><br>Defendants. | Civil Action No. 1:22-cv-04776-DLC |

**DECLARATION OF ALEXANDER J. KASNER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

I, ALEXANDER J. KASNER, declare as follows:

1. I am an attorney licensed to practice law in California and the District of Columbia and am admitted to practice on a *pro hac vice* basis before this Court. I am an attorney at the law firm of Cooley LLP, counsel for Defendants Meredith Corporation, Meredith Holdings Corporation, IAC Inc., f/k/a IAC/InterActiveCorp, Dotdash Media, Inc., and Dotdash Meredith, Inc. (collectively, "Meredith" or "Defendants"). I submit this Declaration in Support of Defendants' Motion to Dismiss Plaintiff's Complaint ("Motion"). I have personal knowledge of the facts contained herein and if called as a witness could and would testify competently thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the webpage: *Meta Pixel*, Meta for Developers, available at https://developers.facebook.com/docs/meta-pixel, and obtained on September 13, 2022.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the webpage: *Metal Pixel Reference: Standard Events*, Meta for Developers, available at https://developers.facebook.com/docs/meta-pixel/reference#standard-events, and obtained on September 16, 2021.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the webpage: Katie Campione, *Ryan Reynolds Hilariously Trolls Wife Blake Lively on Her Birthday*, People.com (Aug. 26, 2021), available at https://people.com/movies/ryan-reynolds-hilariously-trolls-wife-blake-lively-on-her-birthday.

5. Attached hereto as **Exhibit 4** is a true and correct copy of the webpage: Taylor Jean Stephan, *Jennifer Garner Sported a New Style from Her Go-To Comfy Sneaker Brand – Get Her Exact Pair at Amazon*, People.com (Aug. 7, 2022), available at https://people.com/style/jennifer-garner-new-brooks-running-shoes.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the homepage of People.com, obtained on September 13, 2022. Where article thumbnail images contain a video icon, the icon has been circled in red.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the webpage: Jen Juneau, *Jenna Bush Hager Recalls Having Dinner with King Charles the Night Before He Became Monarch*, People.com (Sept. 13, 2022), available at https://people.com/royals/jenna-bush-hager-had-dinner-with-prince-charles-night-before-he-became-king.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 16th day of September 2022.

                                                          Respectfully submitted,

                                                          */s/ Alexander J. Kasner*
                                                          Alexander J. Kasner (*pro hac vice*)
                                                          COOLEY LLP
                                                          1299 Pennsylvania Avenue, NW
                                                          Suite 700
                                                          Washington, DC 20004-2400
                                                          Telephone:   +1 202 842 7800
                                                          Facsimile:   +1 202 842 7899
                                                          akasner@cooley.com

                                                          *Attorney for Defendants*

## CERTIFICATE OF SERVICE

    IT IS HEREBY CERTIFIED that, on this 16th day of September 2022, this document, filed through the CM/ECF system, will be served electronically to the registered participants on the Notice of Electronic Filing and paper copies will be sent to any non-registered participants.

*/s/ Tiana Demas*
Tiana Demas
COOLEY LLP
55 Hudson Yards, 43rd Floor
New York, NY 10001
Telephone:    +1 212 479 6000
Facsimile:    +1 212 479 6275
tdemas@cooley.com

*Counsel for Defendants*