# EXHIBIT 3



Enter a Timeless Era    Book Now
Marriott Bonvoy

ENTERTAINMENT > MOVIES

# Ryan Reynolds Hilariously Trolls Wife Blake Lively on Her Birthday

Ryan Reynolds and Blake Lively, who share three daughters, are famous for teasing each other on social media

By **Katie Campione** | Published on August 26, 2021 12:51 AM

Ryan Reynolds always makes time to tease his wife Blake Lively, even on her birthday. And this year was no different.

It all started earlier this week, when the 44-year-old actor shared to TikTok a video of himself grooving along to Mariah Carey's 1995 hit single "Fantasy" — a song that features prominently in his new film, *Free Guy*.

Of course, it didn't take long for Carey to catch wind, the five-time Grammy winner hilariously duetting the video on her own account and serving some serious side-eye to Reynolds' unusual choreography

Well, on Wednesday, Reynolds shared his excitement over Carey's acknowledgement of his video, re-posting Carey's TikTok video on his Instagram Story and calling it, "My favorite thing that's ever happened on August 25th."

Lively's birthday? August 25.

Like many of Reynolds' jokes in the past, Lively didn't acknowledge his joke, instead celebrated her 34th by re-posting birthday wishes from friends and fans alike to her Instagram Stories.



PHOTO: RYAN REYNOLDS/INSTAGRAM

**RELATED:** Ryan Reynolds Jokes About 'Airport Bathroom Sex' with Blake Lively in Mother's Day Message

She and Reynolds met in 2010 when they starred together as romantic leads in *Green Lantern*. They began dating a year later and tied the knot in September 2012. They share three daughters together: James, 6½, Inez, 4½, and Betty, 22 months.

The couple are famous for trolling each other on social media, most recently while celebrating the 10th anniversary of their first date by returning to the restaurant where their love story began.

**Never miss a story** — sign up for PEOPLE's free daily newsletter to stay up-to-date on the best of what PEOPLE has to offer, from juicy celebrity news to compelling human interest stories.



SPONSORED CONTENT
All the Ways to Earn and Redeem With The My GM Rewards Card?
By My GM Rewards Card? (Sponsored)



"10 years later. We still go out on our 'first date,' " Lively wrote alongside a photo of the couple showing off their date night looks. "But in much more comfortable shoes." She also posted a picture of Reynolds standing in front of Boston sushi eatery O Ya, writing, "If it weren't for this place. We wouldn't be together. No joke. No restaurant means more to us."



Ryan Reynolds and Blake Lively. PHOTO: STEVEN FERDMAN/GETTY IMAGES





**RELATED:** Ryan Reynolds Says His Daughters Troll Him Just Like Wife Blake Lively: 'I'm Safe from Nothing'

Reynolds also shared a selfie of the two of them in front of the restaurant. "Our favorite restaurant with her 4th favorite date," he captioned the snap, keeping up their playful trolling, which appears to be their love language.

The actor later reposted a broader crop of the photo, complete with a disclaimer covering his face. "Posting this again because I cut out my wife's cute earrings," he wrote. "She trained me better than this. Sorry if I let anyone down."

Lively shared his post to her story, adding, "That's right."

## Related Articles



**PARENTS**

**Ryan Reynolds Says His Daughters Troll Him Just Like Wife Blake Lively: 'I'm Safe from Nothing'**

By Nigel Smith



**MOVIES**

**Ryan Reynolds Says Epic 'Free Guy' Cameo was 'Entirely' Wife Blake Lively's Idea**

By Vanessa Etienne



**MOVIES**

**Ryan Reynolds Jokes He and Wife Blake Lively Are Finally 'Instagram Official': 'What a Huge Night'**

By Nicholas Rice



**MOVIES**

**Ryan Reynolds and Blake Lively Recreate Their First Date 10 Years Later**

By Glenn Garner



**MOVIES**

**Blake Lively and Ryan Reynolds Make Their Stylish Return to the Red Carpet at 'Free Guy' Premiere**

By Gabrielle Chung



**MOVIES**

**Ryan Reynolds Reveals Blake Lively Helped Him 'So Much' with 'Deadpool' Script and Other Movies**

By Alexia Fernández



**MOVIES**

**Ryan Reynolds and Blake Lively's Relationship Timeline**

By Kelsie Gibson



**PARENTS**

**Ryan Reynolds Talks Parenting 3 Children with Blake Lively: 'Division of Labor Is Very Important'**

By Alexandra Schonfeld








MOVIES

**Blake Lively Shows Her Support for Ryan Reynolds' New Movie 'Free Guy' with 'Bummed' Bikini Photo**

By Gabrielle Chung



MOVIES

**Ryan Reynolds and Blake Lively's 'Healing' Love Was Meant to Be, Says Celeb Astrologer**

By Topher Gauk-Roger



MOVIES

**Ryan Reynolds Says He and Blake Lively Have a Strong Marriage Because They're 'Friends'**

By Greta Bjornson



PARENTS

**Watch Ryan Reynolds Send Sweet Signals to Daughters While on 'Good'  'Morning America' : 'Hi Guys!'**

By Glenn Garner



MOVIES

**Hugh Jackman Jokingly Tells Blake Lively She's 'a Saint for Marrying That Man' Ryan Reynolds**

By Glenn Garner



PARENTS

**Blake Lively Gives Hilarious Christmas Shopping Update: 'Mrs. Claus Is on the Prowl'**

By Dan Heching



STYLE

**Blake Lively Paired Her Glittery Pink Gown with Converse Sneakers at 'Free Guy' Premiere**

By Hanna Flanagan



PARENTS

**Ryan Reynolds and Blake Lively 'Trade Off' Parenting Duties and 'Make Sure' to Have Personal Time**

By Benjamin VanHoose



People

NEWSLETTER



Follow Us

NEWS
ENTERTAINMENT
ROYALS
LIFESTYLE
PEOPLETV
SHOPPING
PODCASTS

About Us
Editorial Policy
Privacy Policy
Terms of Use
Do Not Sell My Personal Information

PEOPLE Tested
Careers
Contact Us
Advertise

Dotdash

PEOPLE is part of the Dotdash Meredith publishing family.

We've updated our Privacy Policy, which will go in to effect on September 1, 2022. Review our