```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
WILLIAM J. MARTIN, individually and on   :   22cv4776(DLC)
behalf of all others similarly           :
situated,                                :   ORDER
                                         :
                      Plaintiff,         :
            -v-                          :
                                         :
MEREDITH CORPORATION, et al.,            :
                                         :
                      Defendants.        :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

A pretrial conference is currently scheduled in this case for November 18, 2022. It is hereby

ORDERED that the pretrial conference scheduled for November 18 is cancelled.

Dated:   New York, New York
         November 14, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge