

Tiana Demas
Partner
T: 212 479 6560
tdemas@cooley.com

November 29, 2022

Hon. Denise L. Cote
United States District Judge
500 Pearl Street, Room 188
New York, N.Y. 10007-1312

**Re:** *Martin v. Meredith Corp. et al.*, 1:22-cv-04776 (DLC)

Dear Judge Cote:

On behalf of Defendants Meredith Corporation, Meredith Holdings Corporation, IAC Inc., f/k/a IAC/InterActiveCorp, Dotdash Media, Inc., and Dotdash Meredith, Inc. ("Defendants"), we respectfully request a 6-page enlargement of the Court's default 10-page limit for the forthcoming reply brief in support of Defendants' Motion to Dismiss the Complaint ("Motion"), ECF No. 36, for a total of 16 pages. Defendants request this enlargement because the Motion challenged the Complaint pursuant to both Rule 12(b)(1), for lack of subject matter jurisdiction, and Rule 12(b)(6), for failure to state a claim; the modest enlargement would allow Defendants to fully respond to the arguments presented in Plaintiff's 25-page opposition brief, including addressing a number of recent VPPA decisions issued after the Motion was filed, and in one case, after the Opposition was filed. We have not received a response from Plaintiff's counsel about whether they consent to this request.

Respectfully submitted,

/s/ Tiana Demas
Tiana Demas

cc: All Parties (via ECF)

Granted,
Denise Cote
11/29/22

Cooley LLP   110 N. Wacker Drive   Suite 4200   Chicago, IL   60606-1511
t: +1 312-881-6500  f: +1 312-881-6598  cooley.com