**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILLIAM J. MARTIN, individually and on
behalf of all others similarly situated,

                      Plaintiff,

    -against-                                  22 **CIVIL** 4776 (DLC)

                                                                   **<u>JUDGMENT</u>**

MEREDITH CORPORATION, MEREDITH
HOLDINGS COPORATION,
IAC/INTERACTIVECORP, DOTDASH
MEDIA INC., and DOTDASH MEREDITH,
INC.,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 17, 2023, the defendants' September 16 motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York

      February 21, 2023

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                             **BY:**     *K. Mango*

                                                                   **Deputy Clerk**