UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM J. MARTIN, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>MEREDITH CORPORATION, MEREDITH HOLDINGS CORPORATION, IAC/INTERACTIVECORP, DOTDASH MEDIA, INC., and DOTDASH MEREDITH, INC.,<br><br>            Defendants. | Civ. Action No. 22-cv-4776-DLC<br><br>**PLAINTIFF'S NOTICE OF APPEAL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that William J. Martin, plaintiff in the above-referenced case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on February 21, 2023 (ECF No. 58) granting defendants' motion to dismiss and dismissing plaintiff's claims, and all interlocutory orders that gave rise to it, including the Opinion & Order entered in this action on February 17, 2023 (ECF No. 57) granting defendants' motion to dismiss and dismissing plaintiff's claims.

Dated:   New York, New York
          March 17, 2023

                                                                                         ELLIS GEORGE CIPOLLONE
                                                                                          O'BRIEN ANNAGUEY LLP

                                                                                          By:    s/Brett D. Katz
                                                                                                Brett D. Katz
                                                                                         Carnegie Hall Tower
                                                                                         152 West 57th Street, 28th Floor
                                                                                         New York, New York 10019
                                                                                         Telephone:  (212) 413-2600
                                                                                         Facsimile:  (212) 413-2629
                                                                                         bkatz@egcfirm.com
                                                                                         *Attorneys for Plaintiff William J. Martin*

2194236.1