**MANDATE**

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of May, two thousand twenty-three,

_____

| | |
|---|---|
| William J. Martin, individually and on behalf of all other similarly situated, | **ORDER** |
| | Docket No. 23-412 |
| Plaintiff-Appellant, | |
| v. | |
| Meredith Corporation, Meredith Holdings Corporation, IAC/InterActiveCorp, Dotdash Media, Inc., Dotdash Meredith, Inc., | |
| Defendants-Appellees. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 25 2023

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/24/2023